IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BAILEY BONSALL,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:18-CV-454-JDK-KNM |
| **NEXT LEVEL ENERGY SERVICES, LLC,** | § § § § | |
| Defendant. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636. On July 31, 2019, Judge Mitchell issued a Report and Recommendation (Docket No. 35), recommending that the Confidential Settlement Agreement and Release Between Bailey Bonsall and Next Level Energy Services, LLC be approved and that the Parties' Agreed Motion to Dismiss with Prejudice (Docket No. 34) be granted.

This Court reviews the findings and conclusions of the Magistrate Judge *de novo* only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a *de novo* review, the Court examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days). Here, neither party filed objections in the prescribed period. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews her legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*,

492 U.S. 918 (1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and Recommendation, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. The Court therefore adopts the Report and Recommendation of the United States Magistrate Judge (Docket No. 35) as the findings of this Court. Accordingly, it is hereby

**ORDERED** that the Magistrate Judge's Report (Docket No. 35) is **ADOPTED**. It is further

**ORDERED** that the Confidential Settlement Agreement and Release Between Bailey Bonsall and Next Level Energy Services, LLC is **APPROVED**, the Parties' Agreed Motion to Dismiss with Prejudice (Docket No. 34) is **GRANTED**, and all of Plaintiff's claims or causes of action in the above-styled and numbered action are **DISMISSED WITH PREJUDICE**, with costs of court being taxed against the Party by which they were incurred.

So **ORDERED** and **SIGNED** this **23rd** day of **August, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE